IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PHILLIPPI S. LOWE,

       Plaintiff,

v.                                                                          3:07cv500-WS

STATE OF FLORIDA,

       Defendant.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 4) docketed November 30, 2007. The magistrate judge recommends that this action be dismissed for lack of subject matter jurisdiction and pursuant to the Eleventh Amendment. The plaintiff has not filed objections to the report and recommendation.

The court having reviewed the record, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 4) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are hereby DISMISSED for lack of subject matter jurisdiction and pursuant to the Eleventh Amendment.

3. The Clerk shall enter judgment accordingly.

DONE AND ORDERED this <u>  10th  </u> day of <u>   January   </u>, 2008.



                <u>s/ William Stafford                                        </u>
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE